Nicholas Apfelbaum et al., Doing Business under the Name of Sichel & Apfelbaum, Landlords, Appellants, *v.* Joseph Klutch, Doing Business under the Name of Slender Theme Fashions, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, November 7, 1946.

*Solomon E. Star* and *Henry I. Levine* for appellants.

*J. Leonard Stoll* for respondent.

Memorandum. *Per Curiam.* The recovery on the tenant's counterclaim must be limited to $1,000 exclusive of interest and costs (*2525–7th Ave. Corp.,* v. *Knight,* 260 App. Div. 733).

The final order and judgment should be modified by reducing the judgment on the counterclaim to $1,000, with interest and costs, and as modified affirmed, without costs.

McLaughlin, Eder and Hecht, JJ., concur.

Order and judgment accordingly.